UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LYNN VALENTINE ) <br> ) <br>     Plaintiff ) <br> ) <br> vs. ) <br> ) <br> NCO FINANCIAL SYSTEMS, ) <br> INC. ) <br> ) <br>     Defendant ) <br> ) | Case Number: 09-3075 <br><br> CIVIL COMPLAINT <br><br> JURY TRIAL DEMANDED |

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that plaintiff, LYNN VALENTINE, pursuant to Rule 41(a)(1)(i) of the Rules of the United States District Court, hereby dismisses the action captioned above, with prejudice.

BY: /s/ Bruce K. Warren
Bruce K. Warren, Esquire
Attorney for Plaintiff
Attorney I.D. #89677
Warren & Vullings, LLP
1603 Rhawn Street
Philadelphia, PA 19111
215-745-9800